*Receipt # 11088359*
*$ 2254.63*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
      UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

   APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 2254.63   IN 2 CHECKS
 CHECK # 14637 FOR $ 1458.84
 CHECK # 14638 FOR $ 795.79
Representing unclaimed funds.

DATED: 8-19-2009

                   _____
                   ALBERT J. MOGAVERO
                   TRUSTEE


FILED AUG 21 2009

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 819050 | WILSON | 0411531 | 80.89 | CENTENNIAL BANK | 18837 BROOKHURST ST, SUITE 100 | | FOUNTAIN VALLECA | 92708 |
| 820103 | YATES | 0570052 | 5.00 | Chapter 7 Trustee:0570052 | c/o Trustee — JOHN RING, III | | Unknown | 14202 |
| 820106 | BRADFORD | 0601903 | 5.00 | Chapter 7 Trustee:0601903 | c/o Trustee — MARK WALLACH | | Unknown | 14202 |
| 820109 | ECKENRODE | 0702495 | 5.00 | Chapter 7 Trustee:0702495 | c/o Trustee — MORRIS HORWITZ | | Unknown | 14202 |
| 820110 | MC AVOY, JR. | 0704298 | 71.50 | Chapter 7 Trustee:0704298 | c/o Trustee — HAROLD BULAN | | Unknown | 14202 |
| 820781 | PAUSE | 0415392 | 250.90 | GREAT SENECA FINANCIAL CORP C/O COHEN & SLAMOWITZ, LLP | 199 CROSSWAYS PARK DRIV WOODBURY | | WOODBURY | 11797 |
| 821438 | WAGNER | 0415403 | 0.10 | M & T BANK | P O BOX 767 | | BUFFALO | 14240076 |
| 821447 | BARNES | 0513663 | 1.81 | M&T BANK | ATT: RECOVERY DEPARTMENT | P O BOX 767 | BUFFALO | 14240000 |
| 821743 | KRZYSTEK | 0418684 | 129.75 | NCI PORTFOLIO SERVICES | % WELTMAN, WEINBERG & REIS | 323 WEST LAKESIDE AVE., 2NCLEVELAND | CLEVELAND | 44113 |
| 822038 | WILSON | 0411531 | 79.60 | NYS ELECTRIC & GAS CORP. | P.O. BOX 5240 | ATTN: BANKRUPTCY DEPT. | BINGHAMTON | 13902524 |
| 822597 | VELAZQUEZ | 0515431 | 23.05 | RMA, INC. | PO BOX 4939 | | TRENTON | 08650 |
| 822621 | LIS | 0317167 | 806.24 | SAGE FINANCIAL, LTD | % UPTON, COHEN ET AL | 199 CROSSWAYS PARK DR. | WOODBURY | 11797201 |
| 823742 | POLIZZI | 0316272 | 2.70 | JAMES & CATHLEEN POLIZZI | 72 KNOWLTON AVE. | | KENMORE | 14217 |
| 823774 | BURGESS | 0416473 | 4.19 | RICHARD A BURGESS | 15 FAIRDALE AVENUE | | JAMESTOWN | 14701 |
| 823781 | CASEY | 0418427 | 27.39 | ANDREW & BERNADINE CASEY | 129 GREENE STREET | | BUFFALO | 14206 |
| 823809 | PAYNE | 0518537 | 1.99 | JONATHAN R PAYNE | 5158 SOUTH FREEMAN ROAD | | ORCHARD PARK NY | 14127 |
| 823817 | GLASCOE | 0590560 | 5.00 | BONITA I GLASCOE | 205 GLENWOOD AVENUE | | BUFFALO | 14208170 |
| 823831 | JACKSON | 0600432 | 5.01 | STARLETT M JACKSON | 14508 BIG BRUSH LANE | | JACKSONVILLE FL | 32258115 |
| 823841 | HICKS | 0602384 | 5.01 | JACK HICKS | 7043 LAKESIDE DRIVE | | NIAGARA FALLS | 14304 |
| 823842 | PEREZ | 0603019 | 5.00 | DARA A PEREZ | 30 WALTHAM AVE. | | LANCASTER | 14086 |
| 823845 | DEAN | 0700042 | 5.00 | LAMAR J DEAN | 237 ROUNDS AVE. | | BUFFALO | 14201 |
| 823849 | MCINTOSH | 0700670 | 5.00 | TIMOTHY P MCINTOSH | 401 LAMARCK DRIVE | | BUFFALO | 14225 |
| 823850 | FANTI | 0701084 | 5.02 | MARGHERITA FANTI | 894 WEST FERRY STREET | | BUFFALO | 14209140 |
| 823858 | SZPRYGADA | 0702880 | 5.01 | KEVIN H SZPRYGADA | 282 ABBOTT RD., #4 | | BUFFALO | 14220163 |
| 823859 | WALLACE | 0703169 | 20.88 | WILLIAM H WALLACE | 438 CARLTON STREET | | BUFFALO | 14211 |
| 823863 | WILSON | 0704807 | 652.50 | ROSHAWN D WILSON | 8 SPRING ST. | | CANASERAGA | 14822 |
| 823866 | DAVIS | 0810062 | 31.06 | JOYCE A DAVIS | 212 HASTINGS ST. | | BUFFALO | 14215 |
| 823867 | COUSINS | 0810531 | 5.02 | MARY A COUSINS | 104 COLLINS AVE. | | W. SENECA | 14224 |
| 823869 | ORTIZ | 0810880 | 5.00 | DORIS E ORTIZ | 704 CLEVELAND DR. | | CHEEKTOWAGA | 14225 |
| 823874 | KROLIKOWSKI | 0812455 | 5.01 | KEVIN & PATTY JO KROLIKOWSKI | 5163 BUSSENDORFER ROAD | | ORCHARD PARK NY | 14127 |
| | | | $2,254.63 | | | | | |

Page 1 of 1

Case 1-04-15403-MJK  Doc 39  Filed 08/21/09  Entered 08/26/09 15:53:37  Desc Main
Document      Page 2 of 2